**No. 22-1220**  September Term, 2023

FLRA-0-AR-5590

**Filed On:** July 15, 2024

Federal Education Association Stateside Region,

      Petitioner

      v.

Federal Labor Relations Authority,

      Respondent

### O R D E R

Upon consideration of the petition for rehearing en banc filed by petitioner Federal Education Association Stateside Region, it is

**ORDERED**, on the court's own motion, that within 15 days of the date of this order, respondent file a response to the petition for rehearing en banc. The response may not exceed 3,900 words. Absent an order of the en banc court, a reply to the response will not be accepted for filing.

                                          **FOR THE COURT:**
                                          Mark J. Langer, Clerk

                              BY:    /s/
                                          Daniel J. Reidy
                                          Deputy Clerk